# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE

| | |
|---|---|
| N.H., a minor child, by and through his father JORGE HERNANDEZ, and JORGE HERNANDEZ, individually | * * * * |
| Plaintiffs, | * Civil Action No. 2:11-cv-00171 |
| | * JURY REQUESTED |
| v. | * * |
| SEQUOYAH COUNCIL, INC., BOY SCOUTS OF AMERICA, | * * * |
| Defendant. | * |

## ORDER

Pursuant to Tenn. Code Ann. § 29-34-105, a hearing was held on February 24, 2014. The Court finds the settlement set forth hereinafter to be fair and in the best interest of the minor plaintiff, and approves the same.

1. That remaining parties to this suit are Plaintiff Father, Jorge Hernandez ("Father") and Plaintiff minor child, Nikolai Hernandez ("Nikolai"). Both the Father and Nikolai are residents of the State of Florida. Plaintiffs are allowed to proceed pursuant by video conference or telephonically because of the distance and substantial expense of requiring the Father and child to travel to Greeneville, Tennessee.

2. That the proposed settlement in this matter is for a total of $100,000.00. The total medical incurred on behalf of Nikolai is $25,195.71. The Father shall receive reimbursement for Nikolai's medical expenses plus reimbursement for his travel expenses which he had to incur in order to attend depositions in Johnson City, Tennessee in the total amount of $9,000.00 plus $7,971.85 for payment of the medical/healthcare liens and/or subrogation claims.

3.  The Plaintiffs' counsel shall receive from the recovery the sum of $33,333.33 plus expenses of $1,816.54.

4.  The balance of the proceeds of $47,878.28 will be held by the Clerk in an interest free account until Nikolai's 18th birthday on April 25, 2014, after which time the Clerk may pay the funds to Nikolai.

SO ORDERED

s/ Dennis H. Inman
UNITED STATES MAGISTRATE JUDGE